No. 939. WATSON ET AL. *v.* CASPERS. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Weightstill Woods* for petitioners. *Mr. Emmet J. Cleary* for respondent.

No. 941. JOHN HANCOCK MUTUAL LIFE INSURANCE Co. *v.* CASEY, TRUSTEE. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. G. K. Richardson* for petitioner. *Thomas J. Casey, pro se.*

No. 944. RAINES *v.* UNEMPLOYMENT COMPENSATION COMMISSION. May 24, 1943. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Mr. Louis B. LeDuc* for petitioner. *Mr. Herman D. Ringle* for respondent.

No. 952. GREAT LAKES COCA-COLA BOTTLING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. May 24, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John May* and *Ednyfed H. Williams* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *F. E. Youngman* for respondent.

No. 978. HOWARD NATIONAL BANK & TRUST Co. *v.* MORGAN ET AL. May 24, 1943. Petition for writ of certiorari to the Supreme Court of Vermont denied. *Mr.*

*Guy M. Page* for petitioner. *Mr. Edwin W. Lawrence* for respondents.

No. 984. HADESMAN *v.* MICHIGAN. May 24, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. James A. Cobb* for petitioner.

No. 1016. MILK WAGON DRIVERS' UNION, LOCAL 753, ET AL. *v.* FICHTER. May 24, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Joseph A. Padway* and *David A. Riskind* for petitioners. *Mr. Russell J. Topper* for respondent.

Nos. 907 and 908. COLGATE-PALMOLIVE-PEET Co. *v.* UNITED STATES. May 24, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. E. Ennalls Berl, Albert C. Wall, Mason Trowbridge,* and *Edward J. O'Mara* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Alvin J. Rockwell* for the United States.

No. 965. JOHNSTON *v.* BOARD OF DENTAL EXAMINERS ET AL. May 24, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. Alvin L. Newmyer* for petitioner. *Messrs. Richmond B.*